# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**Jose Diaz**

       Plaintiff,
  v.                                    **CASE NUMBER: 1:12-cv-1327 (NAM/TWD)**

**Globalfoundires U.S. Inc. et al**,

       Defendant.

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That plaintiff's motion (Dkt. No. 24) for partial Summary Judgment on the issue of liability is DENIED. It is further ORDERED that defendants' motion (Dkt. No. 25) for summary judgment dismissing the action is GRANTED.

All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, dated the 1st day of August, 2014.

Defendants Globalfoundries, Inc., M&W Group, and M&W Zander were previously dismissed on 1/02/2013.

DATED: August 1, 2014

                                                            Clerk of Court

                                      By:  s/ Michelle Coppola
                                                Deputy Clerk